# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| MONTOLLIE WARREN,<br><br>    Plaintiff,<br><br>vs.<br><br>TOM CONLEY, CORNELL SMITH, JOHN BALDWIN, FORT DODGE CORRECTIONAL FACILITY,<br><br>    Defendants. | No. C07-3087-LRR<br><br>PRE-INITIAL REVIEW ORDER |

  This matter is before the court on the plaintiff's application to proceed in forma pauperis. The plaintiff submitted such application on December 20, 2007. Along with his application to proceed in forma pauperis, the plaintiff submitted a complaint.

  The plaintiff did not submit the statutory $350.00 filing fee. *See* 28 U.S.C. § 1914(a) (requiring $350.00 filing fee). In order for a court to authorize the commencement of an action without the prepayment of the filing fee, a person must submit an affidavit that includes a statement of all the assets the person possesses. 28 U.S.C. § 1915(a)(1). In addition, a prisoner must submit a certified copy of the trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison. 28 U.S.C. § 1915(a)(2). A prisoner bringing a civil action in forma pauperis is required to pay the full $350.00 filing fee. 28 U.S.C. § 1915(b)(1). The full filing fee will be collected even if the court dismisses the case because it is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks money damages against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

  Here, the plaintiff is under the impression that the filing fee is $250.00. On April 9, 2006, the filing fee increased from $250.00 to $350.00. If he wishes to pursue this

matter, the plaintiff is directed to inform the court that he is willing to pay the $350.00 filing fee by no later than February 29, 2008. If the plaintiff fails to comply with this order, this case may be dismissed for failure to respond to an order of the court. Fed. R. Civ. P. 41(b); *Edgington v. Missouri Dept. of Corrections*, 52 F.3d 777, 779-80 (8th Cir. 1995); *cf.* L.R. 41.1(b)(4). The court reserves ruling on the plaintiff's complaint and application to proceed in forma pauperis.

**IT IS SO ORDERED.**
**DATED** this 7th day of February, 2008.

JON STUART SCOLES
Magistrate Judge
UNITED STATES DISTRICT COURT